

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-18-00761-CR

Jeffery John **ROMERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1680-CR-B
Honorable Gary L. Steel, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due April 29, 2019. No further extensions absent extraordinary circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court